UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHI BRIONES,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 2:25-cv-00928-JAD-EJY<br><br>**ORDER** |

On June 18, 2026, the Court entered an Order requiring the Nevada Attorney General to file a notice advising the Court and Plaintiff of the names of those defendants on whose behalf it would accept service, the names of those defendants for whom it could not accept service, and last known addresses for those not represented by the Attorney General. ECF No. 8. The last known addresses were to be filed under seal. *Id.* The Attorney General accepted service on behalf of Defendants Daryll Kelly and Erick Gomez. ECF No. 12. The Attorney General cannot accept service on behalf of C/O Jimenez; however, her last known address was filed under seal. ECF No. 13.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue a summons for C/O Jocelyn Jimenez and deliver the same to the U.S. Marshal's Office for service together with one copy of (1) this Order, (2) Plaintiff's Complaint (ECF No. 6), the Court's Screening Order (ECF No. 5), and the address for Ms. Jimenez filed under seal (ECF No. 13).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form together with a copy of this Order. Plaintiff **must complete** the USM 285 form for Ms. Jimenez to the best of his ability to do so and return the same to the U.S. Marshal by mail no later than **August 20, 2026**. The completed USM 285 form must be mailed to:

Gary G. Schofield
U.S. Marshal, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S., Suite 2058
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the U.S. Marshal **must** attempt to effect service of this Order, Plaintiff's Complaint, the Summons, and Screening Order on Ms. Jimenez no later than **twenty-one (21) days** after receipt of the completed USM-285 form from Plaintiff.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Jocelyn Jimenez may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 20th day of July, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE